STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tong Lor,<br><br>           Plaintiff,<br><br>v.<br><br>Jo Anne B. Barnhart, Commissioner<br>of Social Security,<br><br>           Defendant. | CV-F 04-6195 LJO<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

  Plaintiff Tong Lor ("Plaintiff") and defendant Jo Anne B. Barnhart, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's September 2, 2004 Scheduling Order ("Order"), to July 25, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

//
//
//
//

1

1  The reason for the within stipulation is as follows:

2  Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to

3  file her opening brief.  This is plaintiff's first request for an extension.

4

5  DATED:  June 14, 2005                                 *S/Stuart Barasch*
                                                         STUART BARASCH, Attorney for
6                                                        Plaintiff Tong Lor

7

8
   DATED:  June 14, 2005                                 McGREGOR W. SCOTT
9                                                        United States Attorney

10

11                                                       *S/Kristi C. Kapetan*
                                                         KRISTI C. KAPETAN
12                                                       Assistant United States Attorney
                                                         Attorneys for Federal Defendant
13                                                       JO ANNE B. BARNHART, Commissioner of
                                                         Social Security
14

15

16
                          IT IS SO ORDERED.
17
              Dated:   **June 17, 2005**       **/s/ Lawrence J. O'Neill**
18                     b9ed48UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28
                                       2