STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
310-673-8366
800-445-2930
Fax 213-621-2536
Email: SBLawOffice@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONG LOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　　Defendant. | CV-F 04-6195 LJO<br><br>STIPULATION TO EXTEND SCHEDULING ORDER; ORDER THEREON |

Plaintiff Tong Lor and defendant Jo Anne B. Barnhart, Commissioner of Social Security, through their undersigned counsel of record, **HEREBY STIPULATE**, subject to the approval of the Court, to extend the time for the Plaintiff to file and serve her Opening Brief, pursuant to numbered paragraph 6 of the Court's September 2, 2004 Scheduling Order, due on July 25, 2005 to August 24, 2005; and that all other scheduling dates set forth in the Order shall be extended accordingly.

1

1  The reason for the within stipulation is as follows:

2  Because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to

3  file her Opening Brief.  This is plaintiff's second request for an extension of time.

4

5  DATED:  July 21, 2005                               *S/Stuart Barasch*
                                                       STUART BARASCH, Attorney for
6                                                      Plaintiff Tong Lor

7

8
   DATED:  July 22, 2005                               McGREGOR W. SCOTT
9                                                      United States Attorney

10

11                                                      *S/Kristi C. Kapetan*
                                                       KRISTI C. KAPETAN
12                                                     Assistant United States Attorney
                                                       Attorneys for Federal Defendant
13                                                     JO ANNE B. BARNHART, Commissioner of
                                                       Social Security
14

15
   IT IS SO ORDERED.
16
   **Dated:   July 26, 2005**                          **/s/ Lawrence J. O'Neill**
17  b9ed48                                             UNITED STATES MAGISTRATE JUDGE

18

2