```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                        EASTERN DISTRICT OF CALIFORNIA
 9

10  TONG LOR,                          )   1:04-cv-6195 LJO
                                       )
11                 Plaintiff,          )   STIPULATION AND
                                       )   ORDER TO EXTEND
12              v.                     )   TIME
                                       )
13  JO ANNE B. BARNHART,               )
    Commissioner of Social             )
14  Security,                          )
                                       )
15                 Defendant.          )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from September 26, 2005 to October 26, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1  This is the defendant's first request for an extension of time
2 to file a response to plaintiff's opening brief.  Defendant requests
3 the additional time to review the file and prepare a response in
4 this matter.

5                                  Respectfully submitted,

7 Dated: September 19, 2005      /s/ Stuart Barasch
                                 (As authorized via facsimile)
8                                STUART BARASCH
                                 Attorney for Plaintiff

11 Dated: September 19, 2005    McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kristi C. Kapetan
14                              Assistant U.S. Attorney

16 IT IS SO ORDERED.

17 **Dated:   September 20, 2005**          **/s/ Lawrence J. O'Neill**
   b9ed48                           UNITED STATES MAGISTRATE JUDGE