```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                    IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                          EASTERN DISTRICT OF CALIFORNIA
 9

10  TONG LOR,                       )    1:04-cv-6195 LJO
                                    )
11               Plaintiff,         )    STIPULATION AND
                                    )    ORDER TO EXTEND
12               v.                 )    TIME
                                    )
13  JO ANNE B. BARNHART,            )
    Commissioner of Social          )
14  Security,                       )
                                    )
15               Defendant.         )
    _____)
16

17       The parties, through their respective counsel, stipulate that

18  the time for filing defendant's opposition to plaintiff's opening

19  brief be extended from October 26, 2005 to October 28, 2005.

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

This is the defendant's second request for an extension of time to file a response to plaintiff's opening brief.  Defendant requests the additional time to review the response in this matter.

```
                                    Respectfully submitted,


Dated: October 27, 2005             /s/ Stuart Barasch
                                    (As authorized via facsimile)
                                    STUART BARASCH
                                    Attorney for Plaintiff



Dated: October 27, 2005             McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:    November 1, 2005**              **/s/ Lawrence J. O'Neill**
b9ed48                              UNITED STATES MAGISTRATE JUDGE