```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6

 7
                IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9

10  TONG LOR,                      )    1:04-cv-6195 LJO
                                   )
11           Plaintiff,             )
                                   )    STIPULATION AND ORDER
12           v.                     )    FOR REMAND PURSUANT TO
                                   )    SENTENCE FOUR OF 42 U.S.C.
13  JO ANNE B. BARNHART,           )    § 405(g), and
    Commissioner of Social         )
14  Security,                      )    REQUEST FOR ENTRY OF JUDGMENT
                                   )    IN FAVOR OF PLAINTIFF AND
15           Defendant.             )    AGAINST DEFENDANT
    _____)
16
```

17      IT IS HEREBY STIPULATED, by and between the parties, through

18 their respective counsel of record, that this action be remanded

19 to the Commissioner of Social Security for further administrative

20 action pursuant to section 205(g) of the Social Security Act, as

21 amended, 42 U.S.C. § 405(g), sentence four.

22      The Appeals Council finds that the claimant's visual and

23 other impairments should be re-evaluated.

24       On remand, the Appeals Council will consider whether to

25 remand the case to an Administrative Law Judge (ALJ) for medical

26 expert testimony, or whether, after obtaining and reviewing the

27 claimant's subsequent claim file, the Appeals Council may issue

28 its own decision.

Further, The Appeals Council and/or the ALJ may take any additional action deemed appropriate to develop the record and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: December 7, 2005        /s/ Stuart Barasch
                               (As authorized via facsimile)
                               STUART BARASCH
                               Attorney for Plaintiff

Dated: December 8, 2005        McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   December 12, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                           UNITED STATES MAGISTRATE JUDGE