```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KRISTI C. KAPETAN
   | Assistant U.S. Attorney
 3 | 3654 Federal Building
   | 1130 "O" Street, Room 3654
 4 | Fresno, California 93721
   | Telephone:  (559) 498-7316
 5 |
   | Attorneys for Defendant
 6 |
 7 |
 8 |
   |          IN THE UNITED STATES DISTRICT COURT FOR THE
 9 |
   |                  EASTERN DISTRICT OF CALIFORNIA
10 |
11 | THONG LOR,                     )    1:04-cv-6195 LJO
                                    )
12 |           Plaintiff,           )    STIPULATION AND ORDER
                                    )    AWARDING EAJA ATTORNEY FEES
13 |      v.                        )
                                    )
14 | JO ANNE B. BARNHART,           )
   | Commissioner of Social         )
15 | Security,                      )
                                    )
16 |           Defendant.           )
   | _____)
17 |
18 |      IT IS HEREBY STIPULATED by the parties, through their
19 | undersigned counsel, subject to the approval of the Court, that
20 | counsel for plaintiff be awarded attorney fees under the Equal
21 | Access to Justice Act in the amount of TWO THOUSAND NINE HUNDRED
22 | DOLLARS AND NO CENTS ($2,900.00).  This amount represents
23 | compensation for legal services rendered on behalf of plaintiff by
24 | counsel in connection with this civil action for services
25 | performed before the district court in accordance with 28 U.S.C. §
26 | 2412(d).
27 | ///
28 | ///
```

1  This stipulation constitutes a compromise settlement of
2 plaintiff's request for EAJA attorney fees and does not constitute
3 an admission of liability on the part of defendant under the EAJA.
4 Payment in the aforementioned sum under EAJA shall constitute a
5 complete release from and bar to any and all claims, rights,
6 causes of action, liens or subrogated interests relating to
7 attorneys fees incurred in this action under EAJA.
8  The settlement of plaintiff's claim for EAJA attorney fees
9 does not preclude plaintiff's counsel from seeking attorney fees
10 under 42 U.S.C. § 406(b) of the Social Security Act, subject to
11 the offset provisions of the law.

                                Respectfully submitted,

Dated: January 5, 2006          /s/ Stuart Barasch
                                (As authorized via facsimile)
                                STUART BARASCH
                                Attorney for Plaintiff

Dated: January 5, 2006          McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kristi C. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   January 9, 2006**             **/s/ Lawrence J. O'Neill**
b9ed48                          UNITED STATES MAGISTRATE JUDGE

2